UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES TRUSTEE,<br><br>                    Plaintiff,<br><br>      v.<br><br>INSTITUTE OF PERSONAL WEALTH CREDIT COUNSELORS INTERNATIONAL, GREGORY S. TIFT, and JENNIE LEE LANAHAN,<br><br>                    Defendants. | Case No. C15-1028-RSM<br><br>**REPORT AND RECOMMENDATION** |

Defendant Gregory S. Tift, proceeding pro se, filed an application for leave to proceed in forma pauperis ("IFP application") on appeal in this matter. Dkt. 11. On August 18, 2015, the Court entered an Order informing Mr. Tift his IFP application was deficient, because he failed to attach an affidavit (1) showing his inability to pay or give security for fees and costs; (2) claiming an entitlement to redress; and (3) stating the issue he intends to present on appeal, pursuant to Federal Rule of Appellate Procedure 24(a)(1). Dkt. 12. The Court granted Mr. Tift leave to correct his deficient IFP application in the detail prescribed by Form 4 of the Appendix of Forms, and directed he file his corrected application no later than September 1, 2015. On August 27, 2015, Mr. Tift filed a Statement of Issues to be Presented on Appeal, Dkt. 13, but he has not submitted a corrected IFP application as prescribed by Form 4 of the Appendix of Forms.

REPORT AND RECOMMENDATION - 1

1. Accordingly, the Court recommends Mr. Tift's IFP application on appeal be **DENIED**.

2. Any objections to this Recommendation must be filed no later than **September 18, 2015**. The Clerk should note the matter for **September 21, 2015**, as ready for the District Judge's consideration. Objections shall not exceed ten pages. The failure to timely object may affect the right to appeal.

DATED this 4th day of September, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2