UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES TRUSTEE,<br><br>                Plaintiff,<br><br>  v.<br><br>INSTITUTE OF PERSONAL WEALTH CREDIT COUNSELORS INTERNATIONAL, GREGORY S. TIFT, and JENNIE LEE LANAHAN,<br><br>                Defendants. | Case No. C15-1028-RSM<br><br>**ORDER DENYING LEAVE TO APPEAL IN FORMA PAUPERIS** |

The Court, having reviewed Defendant's motion for leave to appeal in forma pauperis ("IFP") (Dkt. 11, 13), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and order:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendant's motion for leave to appeal IFP (Dkt. 11) is **DENIED**.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

DATED this 23rd day of September, 2015.

                                                         _____
                                                         RICARDO S. MARTINEZ
                                                         UNITED STATES DISTRICT JUDGE