UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>DUANE ROWETT and REBECCA ROWETT,<br><br>    Debtors.<br><br>UNITED STATES TRUSTEE<br><br>    Plaintiff,<br><br>    v.<br><br>INSTITUTE OF PERSONAL WEALTH CREDIT COUNSELORS INTERNATIONAL, GREGORY S. TIFT, and JENNIE LEE LANAHAN,<br><br>    Defendants. | CASE NO. C15-1028RSM<br><br>ORDER OF DISMISSAL |

    This matter initially came before this Court on the United States Trustee's Motion for Withdrawal of Reference, asking this Court to take jurisdiction over this bankruptcy matter in order to institute further proceedings against Gregory S. Tift to find him in criminal contempt, and to impose appropriate criminal contempt sanctions. Dkt. #1. Mr. Tift objected to the motion, essentially arguing that he had not engaged in the conduct of which he had been accused. Dkts. #5 and #6. Ultimately, the Court granted the U.S. Trustee's motion, and the

ORDER
PAGE - 1

reference of proceedings related to the U.S. Trustee's request for criminal sanctions against Mr. Tift was withdrawn from the bankruptcy court. Dkt. #7. The Court then requested that a prosecutor from the Office of the United States Attorney for the Western District of Washington be appointed to investigate and prosecute the matter. *Id.*

The investigation of this matter is now complete. The United States Attorney for the Western District of Washington has concluded that it should not pursue criminal charges against Mr. Tift related to the issues raised by the United States Trustee in this case. Accordingly, this matter is now DISMISSED and the case in this Court is CLOSED.

The Clerk SHALL forward a copy of this Order to the United States Bankruptcy Court for the Western District of Washington and to Criminal Chief Tessa Gorman of the Office of the United States Attorney for the Western District of Washington.

DATED this 27th day of January, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE